

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2015

No. 04-15-00491-CR

Ex Parte Jessica **CASTILLO**,
Appellant

From the County Court at Law No. 4, Bexar County, Texas
Trial Court No. 475264
Jason Garrahan, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Appellant's Emergency Motion for Stay of Proceedings filed on September 3, 2015, is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court